```
1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRIS CHANG
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:13-CR-00040-AC |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER CONTINUING |
| ) | INITIAL APPEARANCE |
| v. ) | |
| ) | Date:    March 4, 2013 |
| NAVJOT SINGH MONTY ROY, ) | Time:    9:00 a.m. |
| ) | Judge:   Hon. Allison Claire |
| Defendant. ) | |

It is hereby ordered that the initial appearance set for March 4, 2013 at 9:00 a.m. is VACATED.  It is further ordered that the initial appearance is set for April 15, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: March 1, 2013.

*[signature: Allison Claire]*

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE