PATRICK K. HANLY (Bar #128521)
980 Ninth Street Suite 1600
Sacramento, CA  95814
Telephone:  (916) 773-2211
Facsimile:  (916)  449-9544

Attorney for Defendant
Navjot Singh Monty Roy

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>NAVJOT SINGH MONTY ROY,<br><br>                    Defendant, | CASE NO.  Cr. 13-0040 AC<br><br>STIPULATION RE:  TELEPHONIC ARRAIGNMENT,  PLEA AND SENTENCING AND ~~PROPOSED~~ ORDER<br><br>April 15, 2013<br>9:00 a.m.<br>Honorable Allison Claire<br>United States Magistrate Judge |

The United States, by and through its Counsel, Chris Chang, and defendant Navjot Singh Monty Roy, by and through his Counsel, Patrick K. Hanly, hereby stipulate and agree as follows:

Defendant Roy may appear telephonically on April 15, 2013 at 9:00 a.m. for his arraignment. It is further agreed and stipulated that during his telephonic appearance Mr. Roy may enter his guilty plea and be sentenced by the Court.

IT IS SO AGREED AND STIPULATED

DATED: 3-12-13           /s/ Patrick K. Hanly
                         Counsel for Defendant Navjot Singh Monty Roy

DATED: 3-12-13           /s/ Chris Chang
                         Assistant U.S. Attorney

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS SO ORDERED**:     This 26th day of March, 2013.

_/s/ Allison Claire_
HONORABLE ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE